**Presentment Date: 9/19/16 @ 12 Noon**
**Objection Deadline: 9/19/16 @ 11:30 a.m.**

Alan D. Halperin, Esq.
Donna H. Lieberman, Esq.
Julie Dyas Goldberg, Esq.
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10005
Phone: (212) 765-9100; Fax: (212) 765-0964
ahalperin@halperinlaw.net; dlieberman@halperinlaw.net;
jgoldberg@halperinlaw.net

*Proposed Counsel to the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

**MYPLAY DIRECT, INC.,**

                    Debtor.

-------------------------------------------------------------x

Chapter 11 Case
Case No. 16-12457 (SCC)

### NOTICE OF PRESENTMENT OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION OF HALPERIN BATTAGLIA BENZIJA, LLP AS BANKRUPTCY COUNSEL TO THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE

**PLEASE TAKE NOTICE**, that MyPlay Direct, Inc., the debtor and debtor-in-possession herein ("MyPlay" or the "Debtor") will present the proposed order (the "Proposed Order") in the form annexed as **Exhibit C** to the Application (as defined herein) for signature to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Courthouse, One Bowling Green, New York, New York 10004-1408 on **September 19, 2016 at 12 Noon** (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE** that the Proposed Order seeks approval of an application, dated August 25, 2016 (the "Application") authorizing the Debtor to retain Halperin Battaglia Benzjia, LLP, as bankruptcy counsel to the Debtor, n*unc pro tunc* to the petition date [Docket No. 8].

{00257872.1 / 1136-001 }

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Proposed Order shall be in writing, state with particularity the basis for the objection, and be filed with the Bankruptcy Court in accordance with the Local Rules of the Bankruptcy Court of the Southern District of New York (the "Local Rules") by users of the Bankruptcy Court's case filing system, and by all other parties, on a 3.5 inch disk, with a hard copy to Chambers, and served in accordance with the Local Rules and upon Halperin Battaglia Benzija, LLP, 40 Wall Street, 37th Floor, New York, New York 10005, Attn: Alan D. Halperin, Esq. and Donna H. Lieberman, Esq. **so as to be received no later than 11:30 a.m. on September 19, 2016** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is filed and served, a hearing will be scheduled to consider the Proposed Order and any objections thereto. If there are no objections to the Proposed Order prior to the Objection Deadline, the Proposed Order may be entered without further notice or hearing as submitted.

Dated: New York, New York
August 26, 2016

**HALPERIN BATTAGLIA BENZIJA, LLP**

Proposed Counsel to the Debtor
and Debtor-in-Possession

By:  */s/ Donna H. Lieberman*
Alan D. Halperin, Esq.
Donna H. Lieberman, Esq.
Julie Dyas Goldberg, Esq.
40 Wall Street, 37th Floor
New York, New York 10005
Tel: (212) 765-9100
Fax: (212)765-0964
ahalperin@halperinlaw.net
dlieberman@halperinlaw.net
jgoldberg@halperinlaw.net